AO 154 (10/03) Substitution of Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-2016
```

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

| MANUEL DE JESUS ROSARIO | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| MIS HIJOS DELI CORP., et. al. | CASE NUMBER: 15-cv-6049 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __ALL DEFENDANTS__ substitutes
(Party (s) Name)

__Argilio Rodriguez (Rodriguez Law, P.C.)__, State Bar No. __AR1843__ as counsel of record in
(Name of New Attorney)

place of __Gregory Lisi__ (Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana LLP).
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Rodriguez Law, P.C. |
|---|---|
| Address: | Empire State Building, 350 Fifth Avenue, Suite 5909, New York, NY 10118 |
| Telephone: | (212) 960-3305   Facsimile (212) 960-3305 |
| E-Mail (Optional): | argilio@lawrodriguez.com |

I consent to the above substitution.

Date:  1/26/16

_(Signature of Party (s))_

I consent to being substituted.

Date:  1/3/16

_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date:  1/13/16

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:  3/24/16

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]