IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL DE JESUS ROSARIO,<br><br>                              Plaintiff,<br><br>                  -against-<br><br>MIS HIJOS DELI CORP., PALMA GROCERY CORP., 251 E 123RD ST. REALTY, LLC, JOSE PALMA, LEONIDA COLLADO, and JUNIOR PALMA,<br><br>                             Defendants. | No. 15-CV-6049 (LTS)(DCF)<br><br>**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

      Defendant Jose Palma Sr. (hereinafter "Defendant" or "Jose Palma"), by and through the undersigned counsel, respectfully moves this Court, at such date and time as the Court may direct, for an Order Granting Summary Judgment dismissing Plaintiff's Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Defendant relies on the accompanying (i) Rule 56.1 Statement of Material Facts, (ii) Memorandum of Law in Support of Motion for Summary Judgment, (iii) Declaration of Argilio Rodriguez, Esq. (and Exhibits attached thereto) and (iv) all the pleadings and proceedings herein.

Dated:  New York, New York
          October 8, 2016

                                      */s/ Argilio Rodriguez, Esq.*
                                      By: Argilio Rodriguez, Esq.
                                      Rodriguez Law, P.C.
                                      Empire State Building
                                      350 Fifth Avenue, Suite 5909
                                      New York, NY 10118
                                      (212) 960-3305
                                      argilio@lawrodriguez.com

                                      Martin E. Restituyo, Esq.
                                      Law Offices of Martin Restituyo, P.C.
                                      1345 Avenue of the Americas, 2nd Floor
                                      New York, New York 10105
                                      Tel: 212-729-7900
                                      Fax: 212-729-7490
                                      restituyo@restituyolaw.com

*Attorneys for Defendants*

To:    Steven B. Ross, Esq.
Eric Dawson, Esq.
Ross & Asmar LLC
499 Seventh Avenue, 23rd Floor
New York, New York 10018

*Attorneys for Plaintiff*

## CERTIFICATION OF SERVICE

I, Argilio Rodriguez, hereby certify that on October 8th, 2016, I caused a copy of the attached Notice of Defendant's Motion for Summary Judgment, Memorandum of Law, Declaration of Argilio Rodriguez, Esq. and Local Rule 56.1 Statement to be served: (i) electronically on all counsel registered for electronic service in this action; and (ii) by mail to opposing counsel.

Dated:  New York, New York
         October 8, 2016

                                                    */s/Argilio Rodriguez*
                                                    Argilio Rodriguez, Esq.