

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

November 2, 2016

VIA ECF

Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: Rosario v. Mis Hijos Deli Corp, et. al.,
    15 CV 6049 (LTS)(DF)

Dear Magistrate Judge Freeman:

  This firm represents Plaintiff Manuel Rosario in the above-referenced action brought against Defendants for wage violations under the FLSA and NYLL.  I write this letter to advise the Court that counsel for all parties have conferred and agreed upon a briefing schedule for Defendants' pending motions for summary judgment.

  Plaintiff's opposition shall be due by November 23, 2016.  Defendants' reply shall be due by December 21, 2016.

            Respectfully,

            *Eric Dawson*
            ERIC DAWSON