R&A
ROSS & ASMAR LLC
ATTORNEYS AT LAW

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

November 23, 2016

VIA ECF

Honorable Judge Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: Rosario v. Mis Hijos Deli Corp, et. al.,
    15 CV 6049 (LTS)(DF)

Dear Judge Swain:

  This firm represents Plaintiff Manuel Rosario in the above-referenced action brought against Defendants for wage violations under the FLSA and NYLL. This afternoon, our office will be filing a brief in opposition to the Defendants motion for summary judgment I write to request a increase in the page limit for the brief in opposition to the memorandum of law for the reasons set forth below.

  The Defendants filed three separate summary judgment motions on behalf of three defendants. Because the issues are interrelated and because many facts are common to our opposition, for purposes of convenience for the Court, and to avoid unnecessary duplication of large portions of the brief, we intend to file one memorandum of law in opposition to all three motions for summary judgment. Because we are responding to motions filed by three Defendants, we unexpectedly are a few pages above the Court's page limit.

  I respectfully request an increase in the page limit to 35 pages. I do not expect that our brief will exceed 30 pages, but I respectfully request 35 pages just to be safe.

Respectfully,

*Stan B. Ross*

STEVEN ROSS