# RODRIGUEZ LAW, P.C.

EMPIRE STATE BUILDING | 350 FIFTH AVENUE | SUITE 5909 | NEW YORK, NEW YORK 10118

TELEPHONE (212) 960-3305
INFO@LAWRODRIGUEZ.COM | WWW.LAWRODRIGUEZ.COM

ARGILIO RODRIGUEZ, ESQ.
ARGILIO@LAWRODRIGUEZ.COM

June 22, 2017

Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

      Re:    *Rosario v. Mis Hijos Deli Corp., et. al.*
              **CA No. 15-cv-6049 (LTS) (DCF)**

Your Honor,

    We represent the defendants in the above referenced matter. We write to request a modification of the Pre-Trial Order to provide the parties with additional time to submit motions in limine.

    By way of background, in an order dated February 9th, 2017, Your Honor modified the pre-trial schedule, adjourning the pre-trial conference to July 21, 2017 and the related deadlines accordingly, given that summary judgment motions with respect to four of the six defendants remained pending. As stated in our prior letter, the parties are not in a position to decide what motions in limine to make or for what parties until the Court issues its decision on the summary judgment motions.

    Since the decisions on the motions for summary judgment remain pending, we respectfully request a modification of the Pre-Trial Order to provide the parties additional time to submit their motions in limine. Similarly, we respectfully request that the Court provide the parties with additional time to submit their Pre-Trial Statement until after such time as the motions in limine are decided.

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        */s/ Argilio Rodriguez*
                                        Argilio Rodriguez, Esq.

                                        *Counsel for Defendants*