IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL DE JESUS ROSARIO,<br><br>          Plaintiff,<br><br>-against-<br><br>MIS HIJOS DELI CORP., PALMA GROCERY CORP., 251 E. 123RD ST. REALTY LLC, JOSE PALMA, LEONIDA COLLADO, and JUNIOR PALMA<br><br>          Defendants. | No. 15-CV-6049 (LTS) (DCF) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant 251 E. 123rd St. Realty LLC ("Realty"), hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on the 27th day of September 2018, denying Realty's motion for summary judgment as to Plaintiff's NYLL claim against Realty.

Dated: New York, New York
    October 25, 2018

                     Respectfully submitted,

                     */s/ Argilio Rodriguez*
                     By: Argilio Rodriguez, Esq.
                     Rodriguez Law, P.C.
                     Empire State Building
                     350 Fifth Avenue, Suite 5909
                     New York, NY 10118
                     (212) 960-3305
                     argilio@lawrodriguez.com

                     Martin E. Restituyo, Esq.
                     Law Offices of Martin Restituyo, P.C.
                     1345 Avenue of the Americas, 2nd Floor
                     New York, New York 10105
                     Tel: 212-729-7900
                     restituyo@restituyolaw.com

                     *Attorneys for Defendants*

## Certificate of Service

      I, Argilio Rodriguez, hereby certify that on this 25th day of October 2018, I electronically filed the foregoing Notice of Appeal with the clerk of the court.

                                                        */s/ Argilio Rodriguez*
                                                        By: Argilio Rodriguez, Esq.
                                                        Rodriguez Law, P.C.
                                                        Empire State Building
                                                        350 Fifth Avenue, Suite 5909
                                                        New York, NY 10118
                                                        (212) 960-3305
                                                        argilio@lawrodriguez.com