UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS ROSARIO,

    Plaintiff,

-against-

MIS HIJOS DELI CORP., PALMA GROCERY CORP., 251 E. 123RD ST. REALTY, LLC, JOSE PALMA, LEONIDA COLLADO, and JUNIOR PALMA,

    Defendants.

CIVIL ACTION NO. 15-CV-6049 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/20

Whereas this action proceeded to trial by jury; the jury having reached a verdict dated February 14, 2020 finding the defendants liable for compensatory and liquidated damages in the amount of $70,525.21 and the Court having found pre-judgment interest on the eligible damages portion of the award in the amount of $19,145.13, for both of which the defendants are jointly and severally liable up to their respective liability set forth below, and the Honorable Jed S. Rakoff directing the Clerk to now enter judgment in favor of plaintiff, it is:

**ORDERED, ADJUDGED, AND DECREED** that plaintiff has proven by a preponderance of the evidence that the defendants violated the FLSA and the NYLL;

Pursuant to the Verdict Form dated February 14, 2020, judgment is entered in favor of plaintiff against defendants in the amount of $89,670.35, for which the defendants are jointly and severally liable up to their respective liability as follows:

| Defendant | Liable Up To |
|---|---|
| Leonida Collado | $34,377.87 |
| Palma Grocery Corp. | $48,062.38 |
| Jose Palma Jr. s/h/a Junior Palma | $89,670.35 |

| Mis Hijos Deli Corp. | $51,607.97 |
| Jose Palma Sr. | $89,670.35 |
| 251 E. 123rd St. Realty, LLC | $77,110.80 |

The Court will separately consider the matter regarding plaintiff's costs and attorney's fees, after which the Clerk will close the case.

SO ORDERED.

Dated: New York, New York
       March 2, 2020

Jed. S. Rakoff, U.S.D.J.