USDC SDNY
DOCUMENT
ELECTRONICALLY FIL
DOC #:
DATE FILED: 3/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS ROSARIO,

    Plaintiff,

-against-

MIS HIJOS DELI CORP., PALMA GROCERY CORP., 251 E. 123RD ST. REALTY, LLC, JOSE PALMA, LEONIDA COLLADO, and JUNIOR PALMA,

    Defendants.

CIVIL ACTION NO. 15-CV-6049 (JSR)

~~PROPOSED~~ ORDER

Plaintiff Manuel de Jesus Rosario having filed a motion pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure seeking an attachment against the real property located at 251 E. 123rd St., New York, NY 10035 (Block: 01788; Lot: 0022) (the "Building") and a preliminary injunction restraining defendants from transferring or encumbering the Building, the defendants having filed no opposition to Plaintiff's motion, and this Court having found that Plaintiff has met the criteria for an attachment and preliminary injunction, for the reasons set forth in the Court's Order dated March 5, 2020;

NOW, on motion of Ross & Asmar LLC, attorneys for Plaintiff, it is:

**ORDERED** that Plaintiff's motion for an attachment is granted in its entirety, and that the amount to be secured by this Order of Attachment shall be $89,670.35, comprised of the amount of judgment sought, plus fees and expenses of the United States Marshal; and it is further

**ORDERED** that the United States Marshal for the Southern District of New York or any person appointed to act in his place and stead, or Plaintiff's attorneys, levy upon, but refrain from taking into actual custody pending further order of this Court, the Building; and it is further

**ORDERED** that defendants, their agents, subdivisions, servants, employees, successors, and attorneys are hereby ENJOINED AND RESTRAINED until further Order of this Court from directly or indirectly transferring or encumbering the Building; and it is further

**ORDERED** that this Order of Attachment may be served by the United States Marshal or any person appointed to act in his place and stead, or by the attorneys for Plaintiff.

Dated: New York, New York
March 10, 2020

ENTER:

_____
Jed. S. Rakoff, U.S.D.J.
7/12/20