**Ross & Asmar LLC, Attorneys at Law**
499 Seventh Avenue
23rd Floor, South Tower
New York, NY  10018

| Invoice submitted to: |
|---|
| (Mis Hijos) Manuel de Jesus Rosario |

| Invoice Date |
|---|
| April 03, 2020 |

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/27/2015 | ED | Draft<br>Draft Complaint | 1.25 | $375.00 |
| 8/3/2015 | ED | File<br>File initiating documents | 0.50 | $150.00 |
| 8/10/2015 | ED | Draft<br>Draft Affidavits of Service | 0.50 | $150.00 |
| 8/11/2015 | ED | File<br>File Service Affidavits | 0.17 | $50.00 |
| 10/14/2015 | ED | Preparation<br>Preparation of damages calculations | 1.05 | $315.00 |
| | SR | Telephone call with opposing Attorn<br>Preparation of damages calculations | 0.25 | $100.00 |
| 10/21/2015 | SR | Draft<br>Draft joint statement | 0.90 | $360.00 |
| | ED | Revise<br>Revise Preliminary Statement | 0.92 | $275.00 |
| 10/22/2015 | SR | Conference with client<br>Conference with Def counsel | 0.50 | $200.00 |
| | SR | Draft<br>Draft initial conf order | 1.00 | $400.00 |

(Mis Hijos) Manuel de Jesus Rosario                                                                                                        Page     2

|              |    |                                                              | Hours |          |
|--------------|----|--------------------------------------------------------------|-------|----------|
| 10/22/2015   | ED | Revise<br>Revise Preliminary Statement                       | 0.70  | $210.00  |
| 10/28/2015   | SR | Review<br>Review damages for Ct conf                         | 0.60  | $240.00  |
| 10/30/2015   | SR | Court Appearance<br>Court Appearance Initial Conf            | 1.00  | $400.00  |
|              | SR | Travel<br>Travel for appearance                              | 0.67  | $133.33  |
| 12/7/2015    | SR | Conference with client<br>Conference with Def atty           | 0.50  | $200.00  |
| 12/8/2015    | SR | Review<br>Review damages for conf                            | 0.40  | $160.00  |
| 12/9/2015    | SR | Conference with client<br>Conference with Ct (J Freeman      | 0.50  | $200.00  |
|              | SR | Conference with client<br>Teleconference with Court          | 0.67  | $266.67  |
|              | SR | Meeting<br>Meeting with client                               | 0.50  | $200.00  |
|              | ED | Meeting<br>Meeting with client                               | 0.50  | $150.00  |
|              | ED | Draft<br>Draft Second Set of Interrogatories                 | 0.42  | $125.00  |
| 2/4/2016     | ED | Court Appearance<br>Court Appearance: Teleconference         | 0.72  | $215.00  |
| 3/8/2016     | ED | Review<br>Review Defendant's Demands for Interrogatories     | 0.25  | $75.00   |
| 3/9/2016     | ED | Court Appearance<br>Court Appearance: Teleconference         | 1.00  | $300.00  |
| 3/31/2016    | ED | Draft<br>Draft response letter                               | 0.33  | $100.00  |
|              | ED | Conference with client<br>Conference with client re discovery responses | 1.00  | $300.00  |

(Mis Hijos) Manuel de Jesus Rosario                                                                                      Page      3

|            |    |                                                                                                         | Hours |           |
|------------|----|---------------------------------------------------------------------------------------------------------|-------|-----------|
| 4/7/2016   | ED | Draft<br>Draft interrogatory responses                                                                  | 1.67  | $500.00   |
| 4/8/2016   | ED | Draft<br>Draft interrogatory responses                                                                  | 1.10  | $330.00   |
| 4/11/2016  | ED | Review<br>Review file and prepare for conference + legal research re compelling party to sign authorizations | 0.75  | $225.00   |
|            | ED | Court Appearance<br>Teleconference with Court                                                           | 0.95  | $285.00   |
| 4/18/2016  | ED | Telephone call with opposing Attorn<br>Phone with OC re settlement and deposition scheduling            | 0.27  | $80.00    |
|            | ED | Draft<br>Draft corr to Court re deposition scheduling                                                   | 0.50  | $150.00   |
| 5/26/2016  | ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney                            | 0.55  | $165.00   |
| 6/2/2016   | SR | Court Appearance<br>Court Appearance Settle Conf                                                        | 5.20  | $2,080.00 |
|            | ED | Court Appearance<br>Court Appearance Settle Conf                                                        | 5.20  | $1,560.00 |
|            | ED | Preparation<br>Preparation for Conference                                                               | 1.00  | $300.00   |
|            | ED | Travel<br>Settlement Conference Travel                                                                  | 0.58  | $87.50    |
|            | SR | Travel<br>Settlement Conference Travel                                                                  | 0.58  | $116.67   |
| 6/13/2016  | SR | Court Appearance<br>Court Appearance                                                                    | 1.30  | $520.00   |
| 7/14/2016  | SR | Draft<br>Draft corr re juris and discovery, research re juris                                           | 0.90  | $360.00   |
|            | SR | Review<br>Review docs from production re juris limit                                                    | 0.60  | $240.00   |

(Mis Hijos) Manuel de Jesus Rosario                                                                                                   Page     4

|            |    |                                                                          | Hours |           |
|------------|----|--------------------------------------------------------------------------|-------|-----------|
| 7/15/2016  | SR | Conference with client<br>Conference with Court re depositions           | 0.60  | $240.00   |
|            | ED | Draft<br>Draft corr to Court re depositions                              | 1.20  | $360.00   |
| 7/18/2016  | SR | Conference with client<br>Conference with client                         | 0.70  | $280.00   |
|            | ED | Conference with client<br>Conference with client                         | 1.50  | $450.00   |
| 7/19/2016  | SR | Conference with client<br>Conference with Ct, draft email,               | 0.60  | $240.00   |
| 7/20/2016  | SR | Draft<br>Draft corr re depos, conf Def counsel,<br>Preparation deposition | 2.20  | $880.00   |
| 7/21/2016  | SR | Preparation<br>Preparation for depositon                                 | 1.00  | $400.00   |
|            | SR | Deposition<br>Deposition of Pl                                           | 4.50  | $1,800.00 |
|            | ED | Deposition<br>Deposition of Pl                                           | 4.50  | $1,350.00 |
| 7/25/2016  | SR | Preparation<br>Preparation for depositions                               | 2.00  | $800.00   |
|            | SR | Preparation<br>Preparation of docs for depos                             | 0.80  | $320.00   |
| 7/26/2016  | SR | Deposition<br>Deposition of L Collado, Junior Palma                      | 8.50  | $3,400.00 |
| 7/27/2016  | ED | Draft<br>Draft subpoena                                                  | 0.63  | $190.00   |
| 7/28/2016  | SR | Preparation<br>Preparation for depos                                     | 1.00  | $400.00   |
| 7/29/2016  | SR | Deposition<br>Deposition Junior Palma                                    | 3.00  | $1,200.00 |
|            | ED | Draft<br>Draft status letter to Court                                    | 0.75  | $225.00   |
| 8/5/2016   | ED | Draft<br>Draft Second Document Demand                                    | 0.30  | $90.00    |

(Mis Hijos) Manuel de Jesus Rosario                                                                                                                    Page        5

|              |    |                                                                                                            | Hours |           |
| ------------ | -- | ---------------------------------------------------------------------------------------------------------- | ----- | --------- |
| 8/8/2016     | SR | Conference with client<br>Conference with Mund                                                             | 0.30  | $120.00   |
| 8/11/2016    | ED | Draft<br>Draft corr to Court                                                                               | 0.25  | $75.00    |
| 8/24/2016    | ED | Draft<br>Draft corr to Court                                                                               | 0.45  | $135.00   |
| 9/6/2016     | SR | Draft<br>Draft corr re discovery                                                                           | 0.90  | $360.00   |
| 9/19/2016    | SR | Review<br>Review Mund docs                                                                                 | 2.00  | $800.00   |
| 9/21/2016    | SR | Preparation<br>Preparation for depositon of Palma                                                          | 3.00  | $1,200.00 |
| 9/27/2016    | ED | Draft<br>Draft corr to Court                                                                               | 1.95  | $585.00   |
| 10/7/2016    | ED | Draft<br>Draft follow-up questions to deposition of Jose Palma re late produced documents                  | 1.33  | $400.00   |
| 10/10/2016   | ED | Draft<br>Draft opposition to Defendants' request for extension of time to file SJ motion                   | 0.33  | $100.00   |
|              | ED | Review<br>Review SJ motions                                                                                | 1.25  | $375.00   |
| 10/20/2016   | ED | Draft<br>Draft letter                                                                                      | 0.28  | $85.00    |
| 10/27/2016   | ED | Draft<br>Draft corr to Court                                                                               | 0.65  | $195.00   |
| 11/2/2016    | ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney and Draft corr to Court       | 0.23  | $70.00    |
| 11/15/2016   | SR | Research<br>Research re SJ                                                                                 | 3.00  | $1,200.00 |
| 11/17/2016   | SR | Draft<br>Draft SJ Opp                                                                                      | 3.00  | $1,200.00 |
| 11/18/2016   | SR | Draft<br>Draft SJ Opp                                                                                      | 4.00  | $1,600.00 |

(Mis Hijos) Manuel de Jesus Rosario                                                                                              Page      6

|            |    |                                                              | Hours |           |
|------------|----|--------------------------------------------------------------|-------|-----------|
| 11/18/2016 | SR | Draft<br>Draft Opp to SJ                                     | 4.00  | $1,600.00 |
|            | SR | Draft<br>Draft Statement of Material Facts                   | 1.38  | $553.33   |
| 11/19/2016 | SR | Draft<br>Draft Opp to SJ                                     | 5.00  | $2,000.00 |
|            | ED | Draft<br>Draft Opp to SJ                                     | 6.00  | $1,800.00 |
|            | SR | Draft<br>Draft Statement of Material Facts                   | 5.92  | $2,366.67 |
| 11/21/2016 | SR | Draft<br>Draft Opp                                           | 3.00  | $1,200.00 |
|            | SR | Draft<br>Draft Memorandum of Law                             | 5.57  | $1,670.00 |
| 11/22/2016 | SR | Draft<br>Draft SJ Opp Memo of Law                            | 3.80  | $1,520.00 |
|            | ED | Draft<br>Draft Memorandum of Law                             | 1.93  | $580.00   |
|            | ED | Draft<br>Draft Material Facts                                | 3.20  | $960.00   |
| 11/23/2016 | ED | Draft<br>Draft Opposition                                    | 11.63 | $3,490.00 |
| 11/28/2016 | SR | Research<br>Research re palma                                | 0.70  | $280.00   |
|            | SR | Preparation<br>Preparation for Mund depos                    | 1.80  | $720.00   |
|            | SR | Research<br>Research re defenses                             | 2.00  | $800.00   |
|            | ED | Phone call from client<br>Phone call with HPD                | 0.30  | $90.00    |
| 11/29/2016 | SR | Conference with client<br>Conference with Def atty, conf re MUnd depos | 1.00 | $400.00 |
|            | ED | Research<br>Research re HPD docs                             | 3.00  | $900.00   |

(Mis Hijos) Manuel de Jesus Rosario                                                                                               Page     7

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/29/2016 | ED | Preparation<br>Obtain certified copies of HPD records | 3.00 | $900.00 |
|  | ED | Draft<br>Draft corr to Court re supplemental opposition | 0.50 | $150.00 |
| 12/5/2016 | ED | Draft<br>Draft Request for supplement to opposition | 0.37 | $110.00 |
| 12/6/2016 | SR | Review<br>Review depos testimony | 0.80 | $320.00 |
| 12/7/2016 | SR | Review<br>Review and revise Supp Opp | 1.20 | $480.00 |
|  | ED | Draft<br>Draft Supplement to opposition | 1.43 | $430.00 |
|  | ED | Revise<br>Revise and file Supplement to opposition | 0.28 | $85.00 |
| 12/22/2016 | ED | Preparation<br>Prepare working copies of motion | 0.62 | $185.00 |
| 12/23/2016 | ED | Review<br>Review Reply | 0.50 | $150.00 |
| 10/6/2017 | SK | Legal Research<br>Legal Research re Single Enterprise/Integrated Enterprise | 2.00 | $300.00 |
| 10/9/2017 | ED | Draft<br>Draft Supplemental Briefing per Order | 5.47 | $1,640.00 |
| 10/10/2017 | SR | Review<br>Review memo of law, revise and draft | 2.80 | $1,120.00 |
|  | ED | Draft<br>Draft Supplemental Briefing per Order | 3.00 | $900.00 |
|  | ED | Revise<br>Revise brief | 1.08 | $325.00 |
| 10/26/2017 | ED | Review<br>Review Defendants' memo of law | 0.32 | $95.00 |
| 11/1/2017 | ED | Draft<br>Draft Reply memorandum | 2.22 | $665.00 |

(Mis Hijos) Manuel de Jesus Rosario                                                                                         Page      8

|            |    |                                                                                                                              | Hours |           |
|------------|----|------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 9/27/2018  | ED | Review<br>Review SJ Decision and Order                                                                                       | 0.68  | $205.00   |
|            | ED | Revise<br>Revise Damage calculations after SJ decision                                                                       | 0.62  | $185.00   |
| 11/8/2018  | SR | Conference with client<br>Conference with Def atty MR                                                                        | 0.50  | $200.00   |
| 11/9/2018  | SR | Conference with client<br>Conference with J Freeman SDNY                                                                     | 0.50  | $200.00   |
| 12/22/2018 | SR | Review<br>Review appeal docs, research re appeal                                                                             | 2.00  | $800.00   |
| 12/28/2018 | ED | Draft<br>Draft and file Acknowledgments and Notices of Appearance with revised caption sheet, and phone with Court Clerk's office | 0.68  | $205.00   |
|            | SR | Preparation<br>Preparation for mediation, file notices                                                                       | 0.60  | $240.00   |
| 1/10/2019  | ED | Research<br>Research re appeal                                                                                               | 1.60  | $480.00   |
| 1/19/2019  | SR | Preparation<br>Preparation for 2d Cir mediation                                                                              | 2.00  | $800.00   |
| 1/23/2019  | SR | Court Appearance<br>Court Appearance 2d Cir Mediation                                                                        | 5.00  | $2,000.00 |
| 2/5/2019   | SR | Review<br>Review and research offer of judgment                                                                              | 1.30  | $520.00   |
| 2/8/2019   | ED | Draft<br>Draft Voir Dire Questions                                                                                           | 0.58  | $175.00   |
|            | ED | Draft<br>Draft Joint Pretrial Statement                                                                                      | 2.65  | $795.00   |
| 3/25/2019  | SR | Review<br>Review Def motion, research                                                                                        | 2.20  | $880.00   |
| 4/2/2019   | KD | Draft<br> Research and Drafting                                                                                              | 4.00  | $600.00   |
|            | KD | Draft<br> Research and Drafting                                                                                              | 3.00  | $450.00   |

(Mis Hijos) Manuel de Jesus Rosario                                                                                            Page     9

|            |    |                                                                      | Hours |           |
|------------|----|----------------------------------------------------------------------|-------|-----------|
| 4/19/2019  | SR | Revise<br>corr re Def motion to set aside                            | 1.60  | $640.00   |
| 4/23/2019  | SR | Revise<br>corr to OC                                                 | 0.60  | $240.00   |
| 6/24/2019  | ED | Revise<br>Revise Pretrial Submissions                                | 3.62  | $1,085.00 |
| 6/25/2019  | ED | Revise<br>Revise Pretrial Submissions and Prepare Exhibits           | 4.00  | $1,200.00 |
| 6/26/2019  | ED | Revise<br>Revise Pretrial Submissions and Prepare Exhibits           | 2.38  | $715.00   |
|            | ED | Draft<br>Draft corr to Court                                         | 1.22  | $365.00   |
|            | ED | Revise<br>Revise Proposed Jury Instructions                          | 0.23  | $70.00    |
| 7/22/2019  | ED | Revise<br>Revise joint proposed jury incorporating Defendant's language | 2.02  | $605.00   |
| 7/25/2019  | ED | Revise<br>Revise pretrial statement                                  | 1.47  | $440.00   |
| 8/7/2019   | SR | Court Appearance<br>Court Appearance Pre Trial J. Rakoff             | 1.50  | $600.00   |
| 1/22/2020  | ED | Draft<br>Draft Pre Trial Consent Order                               | 1.30  | $390.00   |
| 1/27/2020  | ED | Revise<br>Revise Pre Trial Consent Order                             | 0.70  | $210.00   |
|            | ED | Preparation<br>Prepare Trial Exhibits                                | 0.82  | $245.00   |
| 1/29/2020  | ED | Review<br>Review Defendants edits to Pre Trial Consent Order and revise | 0.42 | $125.00   |
|            | ED | File<br>File Pre Trial Consent Order                                 | 0.20  | $60.00    |
|            | ED | Revise<br>Revise and File Request to Charge                          | 1.20  | $360.00   |

(Mis Hijos) Manuel de Jesus Rosario                                                                                              Page     10

|            |    |                                                                                                        | Hours |           |
|------------|----|--------------------------------------------------------------------------------------------------------|-------|-----------|
| 1/30/2020  | SR | Preparation<br>Preparation for tiral, docs, review depos, translator                                   | 2.00  | $800.00   |
|            | ED | Legal Research<br>Legal Research re MTD after rejected Rule 68 offer                                   | 0.75  | $225.00   |
| 1/31/2020  | SR | Conference with client<br>Conference with ED re Def motion, conf calll Ct and AR                       | 2.00  | $800.00   |
|            | ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney and Court re Defendants' proposed MTD | 0.50  | $150.00   |
| 2/2/2020   | SR | Review<br>Review for trial                                                                             | 2.00  | $800.00   |
| 2/3/2020   | SR | Preparation<br>Preparation trial                                                                       | 3.00  | $1,200.00 |
| 2/4/2020   | SR | Preparation<br>Preparation Trial                                                                       | 5.00  | $2,000.00 |
|            | ED | Preparation<br>Preparation for Trial                                                                   | 8.00  | $2,400.00 |
|            | SR | Preparation<br>Preparation Trial                                                                       | 5.00  | $2,000.00 |
| 2/5/2020   | SR | Preparation<br>Preparation for trial                                                                   | 4.00  | $1,600.00 |
|            | SR | Preparation<br>Preparation and service of subpoena Mund                                                | 3.00  | $1,200.00 |
|            | ED | Preparation<br>Trial Preparation (AM)                                                                  | 1.67  | $500.00   |
|            | ED | Court Appearance<br>Court Appearance: Trial                                                            | 5.50  | $1,650.00 |
|            | ED | Preparation<br>Trial Preparation (PM)                                                                  | 8.50  | $2,550.00 |
|            | ED | Travel<br>Travel for trial                                                                             | 0.67  | $100.00   |

(Mis Hijos) Manuel de Jesus Rosario                                                                                                           Page    11

|            |     |                                                              | Hours |           |
|------------|-----|--------------------------------------------------------------|-------|-----------|
| 2/5/2020   | SR  | Court Appearance<br>Court Appearance: Trial                  | 5.50  | $2,200.00 |
|            | SR  | Travel<br>Travel for trial                                   | 0.67  | $133.33   |
| 2/6/2020   | SR  | Court Appearance<br>Court Appearance Trial                   | 6.00  | $2,400.00 |
|            | ED  | Travel<br>Travel for trial                                   | 0.33  | $50.00    |
|            | ED  | Court Appearance<br>Court Appearance: Trial                  | 6.00  | $1,800.00 |
|            | ED  | Preparation<br>Trial Preparation (PM)                        | 5.75  | $1,725.00 |
|            | SR  | Travel<br>Travel for trial                                   | 0.33  | $66.67    |
|            | SR  | Preparation<br>trial prep                                    | 4.80  | $1,920.00 |
| 2/7/2020   | SR  | Court Appearance<br>Court Appearance Trial                   | 6.00  | $2,400.00 |
|            | ED  | Preparation<br>Trial Preparation (PM)                        | 2.00  | $600.00   |
|            | ED  | Court Appearance<br>Court Appearance: Trial                  | 5.75  | $1,725.00 |
|            | ED  | Travel<br>Travel for trial                                   | 0.33  | $50.00    |
|            | SR  | Travel<br>Travel for trial                                   | 0.33  | $66.67    |
|            | SR  | Preparation<br>Preparation for trial                         | 3.00  | $1,200.00 |
| 2/9/2020   | SR  | Preparation<br>Preparation for trial                         | 5.00  | $2,000.00 |
| 2/10/2020  | SR  | Court Appearance<br>Trial                                    | 3.80  | $1,520.00 |
|            | SR  | Preparation<br>Preparation for summation, jury charge, etc   | 5.00  | $2,000.00 |

(Mis Hijos) Manuel de Jesus Rosario                                                                                           Page    12

|            |    |                                                              | Hours |           |
|------------|----|--------------------------------------------------------------|-------|-----------|
| 2/10/2020  | ED | Travel<br>Travel for trial                                   | 0.67  | $100.00   |
|            | ED | Court Appearance<br>Court Appearance: Trial                  | 3.80  | $1,140.00 |
|            | ED | Review<br>Review and revise Jury Instructions, legal research | 5.50  | $1,650.00 |
|            | SR | Travel<br>Travel for trial                                   | 0.67  | $133.33   |
| 2/11/2020  | SR | Court Appearance<br>Trial                                    | 5.50  | $2,200.00 |
|            | SR | Preparation<br>Preparation for summ                          | 3.00  | $1,200.00 |
|            | ED | Travel<br>Travel for trial                                   | 0.33  | $50.00    |
|            | ED | Court Appearance<br>Court Appearance: Trial                  | 5.67  | $1,700.00 |
|            | ED | Preparation<br>Trial Preparation                             | 2.85  | $855.00   |
|            | SR | Travel<br>Travel for trial                                   | 0.33  | $66.67    |
| 2/12/2020  | SR | Court Appearance<br>Court Appearance                         | 4.40  | $1,760.00 |
|            | ED | Court Appearance<br>Court Appearance: Trial                  | 4.40  | $1,320.00 |
|            | ED | Travel<br>Travel for Trial                                   | 0.67  | $100.00   |
|            | SR | Travel<br>Travel for Trial                                   | 0.67  | $133.33   |
| 2/13/2020  | ED | Court Appearance<br>Court Appearance: Trial                  | 4.75  | $1,425.00 |
|            | ED | Travel<br>Travel for Trial                                   | 0.67  | $100.00   |
|            | SR | Travel<br>Travel for Trial                                   | 0.67  | $133.33   |

(Mis Hijos) Manuel de Jesus Rosario                                                                                                      Page    13

|            |    |                                                                         | Hours |           |
|------------|----|-------------------------------------------------------------------------|-------|-----------|
| 2/13/2020  | SR | Court Appearance<br>Court Appearance: Trial                             | 5.25  | $2,100.00 |
| 2/14/2020  | SR | Court Appearance<br>Court Appearance Trial                              | 4.50  | $1,800.00 |
|            | ED | Travel<br>Travel for Trial                                              | 0.50  | $75.00    |
|            | ED | Court Appearance<br>Court Appearance: Trial                             | 4.50  | $1,350.00 |
|            | SR | Travel<br>Travel for Trial                                              | 0.50  | $100.00   |
| 2/17/2020  | ED | Draft<br>Draft Motion for Restraining Order and Attachment, legal research | 1.78  | $535.00   |
| 2/21/2020  | ED | Draft<br>Draft Proposed Judgment                                        | 1.88  | $565.00   |
| 3/6/2020   | ED | Draft<br>Draft Proposed Order for Attachment and Restraining order      | 0.78  | $235.00   |
| 3/27/2020  | ED | Draft<br>Draft application for attorneys' fees and costs                | 4.17  | $1,250.00 |
| 3/28/2020  | SR | Review<br>Review conf ED re brief                                       | 0.50  | $200.00   |
| 3/30/2020  | ED | Draft<br>Draft application for attorneys' fees and costs                | 3.00  | $900.00   |
| 3/31/2020  | SR | Draft<br>draft applic for atty fees                                     | 0.70  | $280.00   |
|            | ED | Draft<br>Draft application for attorneys' fees and costs                | 3.08  | $925.00   |
| 4/2/2020   | SR | Revise<br>revise atty fee app                                           | 1.70  | $680.00   |
| 4/3/2020   | SR | Review<br>Review and finalize memo and atty fee app                     | 1.00  | $400.00   |

(Mis Hijos) Manuel de Jesus Rosario                                                                    Page    14

|  |  | Hours |  |
|---|---|---|---|
|  | For professional services rendered | 422.23 | $143,937.50 |

Additional Charges :

|  |  |  | Qty/Price |
|---|---|---|---|
| 8/3/2015 ED | Filing Fee<br>Docket Number |  | 1<br>400.00 |
| 8/10/2015 ED | Service Fee<br>Service Fee |  | 1<br>85.00 |
| 1/29/2016 SR | Misc<br>certified copies HPD docs |  | 1<br>49.20 |
| 6/22/2016 SR | Misc<br>translation for depos Carlos Cruz |  | 1<br>600.00 |
| 7/28/2016 SR | Misc<br>photos |  | 1<br>30.00 |
| 12/6/2016 SR | Deposition Costs<br>Deposition Costs for Jose Palma Jr Depos *(Day 1) and Leonida Collado DALCO |  | 1<br>1,411.45 |
| SR | Deposition Costs<br>Deposition Costs for Jose Palma Jr Day 2 DALCO |  | 1<br>535.15 |
| SR | Deposition Costs<br>Deposition Costs for Jose Palma DALCO |  | 1<br>748.15 |
| SR | Deposition Costs<br>Deposition Costs for Mund Depositon (Bust fee) DALCO |  | 1<br>175.00 |
| 8/8/2017 SR | Translation<br>Carlos Cruz translator fee 7/26/16  and 7/29/19<br>Palma Palma Jr Collado |  | 1<br>1,300.00 |
| 12/19/2017 SR | Translation<br>Carlos Criz depos translation for 9.22.16 |  | 1<br>600.00 |
| 7/1/2019 SR | Misc<br>Research fee; Westlaw library |  | 1<br>1,119.46 |
| 1/29/2020 SR | Copying cost<br>Copying cost.  UPS |  | 1<br>13.89 |
| 2/4/2020 SR | Copying cost<br>Copying cost; trial exhibits |  | 1<br>200.00 |
| SR | Misc<br>trial binders |  | 1<br>300.00 |

(Mis Hijos) Manuel de Jesus Rosario	Page	15

|  |  |  | Qty/Price |
|---|---|---|---|
| 2/4/2020 | SR | Copying cost<br>Copying cost FedEx | 1<br>5.99 |
|  | SR | Copying cost<br>Copying cost Staples (on amex) | 1<br>60.72 |
|  | SR | Misc<br>copy and binders FedEx Office (on amex) | 1<br>130.50 |
|  | SR | Misc<br>Mind witness fee | 1<br>57.00 |
| 2/5/2020 | SR | Service Fee<br>Service Fee subpoena Mund | 1<br>257.00 |
|  | SR | Taxi/Car Service<br>taxi w exhinits | 1<br>20.75 |
| 2/10/2020 | SR | Translation<br>trial translation | 1<br>2,500.00 |

Total additional charges	$10,599.26

Total amount of this bill	$154,536.76

Balance due	$154,536.76