# Carlos A Cruz
## Spanish Interpreter

2033 Powell Avenue  
Bronx, N.Y. 10472

Mobile (917) 650-1178  
Languagearts76@msn.com

INVOICE NO: 20160726

| | |
|---|---|
| Attention: | Steven Ross |
| To: | Law Offices of Ross & Asmar<br>499 Seventh Avenue<br>23rd floor / S Tower<br>New York, N.Y. 10018<br>Tel (212) 736-4201<br>Fax (212) 736-2873 |
| Re: | Invoice for interpreting services |
| Case name & Date: | July 26, 2016<br>Manuel De Jesus Rosario<br>      -against-<br>Mis Hijos Deli Corp. Palma Grocery., 251 E. 123rd Street Realty, LLC, Jose Palma, Leonida Collado & Junior Palma |
| Witness | Leonida Collado / Jose Palma |
| D.O.L.: | N/A (labor Law) |
| Held at: | Offices of Ross & Asmar<br>499 Seveneth Avenue<br>23rd floor / S Tower<br>New York, N.Y. 10018 |
| Attorney: | Steven Ross |
| Total Due: | $900.00 |

Please make check payable to Carlos Cruz using address provided above. If there are any questions regarding this invoice please contact me using the email or telephone no.provided above. Thank you very much.

PAID  
Check 532P  
8/8/17

# Carlos A Cruz
## Spanish Interpreter

2033 Powell Avenue  
Bronx, N.Y. 10472

Mobile (917) 650-1178  
Languagearts76@msn.com

INVOICE NO: 20160729

| | |
|---|---|
| Attention: | Steven Ross |
| To: | Law Offices of Ross & Asmar<br>499 Seventh Avenue<br>23rd floor / S Tower<br>New York, N.Y. 10018<br>Tel (212) 736-4201<br>Fax (212) 736-2873 |
| Re: | Invoice for interpreting services |
| Case name & Date: | July 29, 2016<br>Manuel De Jesus Rosario<br>    -against-<br>Mis Hijos Deli Corp. Palma Grocery., 251 E. 123rd Street Realty, LLC, Jose Palma, Leonida Collado & Junior Palma |
| Witness | Jose Palma Jr. |
| D.O.L.: | N/A (labor Law) |
| Held at: | Offices of Ross & Asmar<br>499 Seveneth Avenue<br>23rd floor / S Tower<br>New York, N.Y. 10018 |
| Attorney: | Steven Ross |
| Total Due: | $400.00 |

Please make check payable to Carlos Cruz using address provided above. If there are any questions regarding this invoice please contact me using the email or telephone no.provided above. Thank you very much.

PAID  
Check 5328  
8/8/17

| | |
|---|---|
| ROSS & ASMAR LLC<br>ATTORNEY AT LAW<br>499 FASHION AVE. FL 23  212-736-4202<br>NEW YORK, NY 10018-6803 | 5328<br>1-2/547<br>210 |

DATE 8/8/17

PAY TO THE ORDER OF  Carlos Cruz                                    $ 1300.00

One Thousand and Three Hundred Dollars

CHASE ☐ for BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR  Pagos trans. 7/26/16  7/25/16   Mis Hijos

⑈005328⑈ ⑆021000021⑆       73374253011⑈