## Carlos A Cruz
Spanish Interpreter

2033 Powell Avenue  
Bronx, N.Y. 10472

Mobile (917) 650-1178  
Languagearts76@msn.com

INVOICE NO: 20160922ODC

| | |
|---|---|
| Attention: | Steven Ross |
| To: | Law Offices of Ross & Asmar<br>499 7th Avenue<br>23rd floor<br>S. Tower<br>New York, N.Y. 10018<br>Tel (212) 736-4201<br>Fax (212) 736-2873 |
| Re: | Invoice for interpreting services |
| Case name & Date: | September 22, 2016<br>Manuel De Jesus Rosario<br>          -against-<br>Mis Hijos Deli Corp. Palma Grocery., 251 E 13rd Street Realty, LLC, Jose Palma, Leonida Collado & Junior Palma |
| Witness | Jose Joaquin Palmas |
| D.O.L: | N/A (Labor law) |
| Held at: | Law Offices of Ross & Asmar<br>499 7th Avenue<br>23rd floor<br>S. Tower<br>New York, N.Y. 10018 |
| Attorney: | Steven Ross |
| Total Due: | $600.00 |

Please make check payable to Carlos Cruz using address provided above. If there are any questions regarding this invoice please contact me using the email or telephone no. provided above. Thank you very much.

*PAID*  
*check 5502*  
*12/14/17*

ROSS & ASMAR LLC
ATTORNEY AT LAW
499 FASHION AVE. FL 23  212-736-4202
NEW YORK, NY 10018-6803

5502
1-2/210

DATE 12/14/17

PAY TO THE ORDER OF Carlos Cruz         $ 600⁰⁰

Six Hundred Dollars                DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Rosario v Asmar 9/22/2016 signs fees

⑆005502⑆ ⑈021000021⑈ 733742530⑊