

100 Gold St, New York, NY 10038
212-863-7000

# Credit Card Payment Receipt

**Customer**

AM ***********1032

Confirmation #: 3689518005
Date & Time: 11/29/2016 12:21:17 PM
HPD Transaction #: 7052
Grand Total: $49.20

| Item | Building ID / Transaction Type | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| 1 | MDR # | CERTIFIED COPIES (MDR) (RAU) | 8 | 6 | $48.00 |

| | |
|---|---|
| Sub Total | $48.00 |
| Convenience Fee | $1.20 |
| **Grand Total** | **$49.20** |

The above Convenience Fee charge is for the convenience of this payment method. I understand that the fee is non-refundable. My signature indicates acceptance of this Convenience Fee. I agree to pay above total amount according to card issuer agreement.

Cardholder's Signature: _Erin Daum_

Thank you for your business!