# INVOICE



**DALCO Reporting, Inc.**
280 Madison Avenue, Suite 908
New York, NY 10016
212.679.6095

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46566 | 8/9/2016 | 20434 |
| **Job Date** | **Case No.** | |
| 7/26/2016 | 15-CV-6049 | |
| **Case Name** | | |
| Manuel Rosario vs. Mis Hijos, et. al. | | |
| **Payment Terms** | | |
| Net 30: 1.5% not to exceed legal limit | | |

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

| | | |
|---|---|---|
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | |
| Leonida Collado | | 925.65 |
| Complimentary Condensed Transcript | 1.00 | 0.00 |
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | |
| Jose Palma, Jr. | | 415.80 |
| Appearance | 1.00 | 55.00 |
| Complimentary Condensed Transcript | 1.00 | 0.00 |
| Package/Handling | 1.00 | 15.00 |
| **TOTAL DUE  >>>** | | **$1,411.45** |

PAID  12/0/16
SDN  AMEX

Tax ID: 13-3668189

Phone: 212.736.4201   Fax:212.736.2873

*Please detach bottom portion and return with payment.*

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

Job No.       : 20434           BU ID       : DALCO-NYC
Case No.      : 15-CV-6049
Case Name   : Manuel Rosario vs. Mis Hijos, et. al.

Invoice No.   : 46566           Invoice Date  : 8/9/2016
**Total Due** : **$ 1,411.45**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **DALCO Reporting, Inc. (WP)**
          **170 Hamilton Avenue, Suite 303**
          **White Plains, NY  10601**

# INVOICE



**DALCO Reporting, Inc.**
280 Madison Avenue, Suite 908
New York, NY 10016
212.679.6095

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46568 | 8/9/2016 | 20458 |
| **Job Date** | **Case No.** | |
| 7/29/2016 | 15-CV-6049 | |
| **Case Name** | | |
| Manuel Rosario vs. Mis Hijos, et. al. | | |
| **Payment Terms** | | |
| Net 30: 1.5% not to exceed legal limit | | |

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

| | | |
|---|---|---|
| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | |
| Jose Palma, Jr. | | 480.15 |
| Appearance | 1.00 | 55.00 |
| Complimentary Condensed Transcript | 1.00 | 0.00 |
| **TOTAL DUE  >>>** | | **$535.15** |

Cont'd. pages 85-181 (Vol. 2)

PAID 12/6
SBR AMEX

**Tax ID:** 13-3668189                                     Phone: 212.736.4201    Fax:212.736.2873

*Please detach bottom portion and return with payment.*

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

Job No.      : 20458           BU ID        : DALCO-NYC
Case No.     : 15-CV-6049
Case Name    : Manuel Rosario vs. Mis Hijos, et. al.

Invoice No.  : 46568           Invoice Date  : 8/9/2016
**Total Due** : **$ 535.15**

**Remit To:** **DALCO Reporting, Inc. (WP)**
           **170 Hamilton Avenue, Suite 303**
           **White Plains, NY  10601**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009  fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46959 | 9/30/2016 | 20814 |
| **Job Date** | **Case No.** | |
| 9/22/2016 | 15-CV-6049 | |

| Case Name |
|---|
| Manuel Rosario vs. Mis Hijos, et. al. |

| Payment Terms |
|---|
| Net 30: 1.5% not to exceed legal limit |

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Jose Joaquin Palma | | | 678.15 |
| Appearance | | 55.00 | 55.00 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Package/Handling | | 15.00 | 15.00 |

TOTAL DUE  >>>    $748.15

*PAID 12/6/16*
*SBR AMEX*

**Tax ID:** 13-3668189          Phone: 212.736.4201   Fax:212.736.2873

*Please detach bottom portion and return with payment.*

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

Job No.    : 20814            BU ID      : DALCO-Dep
Case No.   : 15-CV-6049
Case Name  : Manuel Rosario vs. Mis Hijos, et. al.

Invoice No. : 46959           Invoice Date : 9/30/2016
**Total Due :  $ 748.15**

Remit To: **DALCO Reporting, Inc. (WP)**
         **170 Hamilton Avenue, Suite 303**
         **White Plains, NY  10601**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

**DALCO Reporting, Inc.**
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009  fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47592 | 12/2/2016 | 21325 |
| **Job Date** | **Case No.** | |
| 11/29/2016 | 15-CV-6049 | |

**Case Name**

Manuel Rosario vs. Mis Hijos, et. al.

**Payment Terms**

Net 30: 1.5% not to exceed legal limit

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

Mitchell Mund (Bust)

                                                                 175.00

**TOTAL DUE  >>>**                                  $175.00

PAID  12/6/16
SBR  AMEX

**Tax ID:** 13-3668189

Phone: 212.736.4201    Fax:212.736.2873

*Please detach bottom portion and return with payment.*

---

Steven B. Ross
Ross & Asmar, LLC
499 7th Avenue, 23rd Floor, S. Tower
New York, NY  10018

Job No.     : 21325              BU ID      : DALCO-Dep
Case No.    : 15-CV-6049
Case Name   : Manuel Rosario vs. Mis Hijos, et. al.

Invoice No. : 47592              Invoice Date : 12/2/2016
**Total Due  : $ 175.00**

**Remit To:** DALCO Reporting, Inc. (WP)
170 Hamilton Avenue, Suite 303
White Plains, NY  10601

**PAYMENT WITH CREDIT CARD**     AMEX   VISA
Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: