# Merchant: DALCO Reporting, Inc.

170 Hamilton Ave
White Plains, NY 10601         9146849009
US

Order Information

| | |
|---|---|
| Description: | Invoices 46566, 46568, 46959, 47592 |
| Order Number: | P.O. Number: |
| Customer ID: | Invoice Number:    120616a |

**Billing Information**            **Shipping Information**

Steven Ross

| | |
|---|---|
| Shipping: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **USD 2,869.75** |

Payment Information

| | |
|---|---|
| Date/Time: | 06-Dec-2016 14:11:46 EST |
| Transaction ID: | 20285477541 |
| Transaction Type: | Authorization w/ Auto Capture |
| Transaction Status: | Captured/Pending Settlement |
| Authorization Code: | 200643 |
| Payment Method: | American Express XXXX2006 |