**THOMSON REUTERS**

ACCT# 1003533012
ROSS & ASMAR
499 FASHION AVE RM 23S
NEW YORK NY  10018-6849

| INVOICE #  840553204 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2019 - JUN 30, 2019 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 1,118.20 | 99.24 | 1,217.44 |

**IMPORTANT NEWS**
TIME SAVING TIP: You can now find answers 24/7 to commonly asked customer service questions online at legalsolutions.com/support. Find information on account maintenance, billing, returns, refunds, OnePass, orders, subscriptions, contracts and more.

**FOR BILLING INFORMATION CALL**         1003533012              A
   1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| INVOICE # | 840553204 |
|---|---|
| INVOICE DATE | 07/01/2019 |
| ACCOUNT # | 1003533012 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |
| | |
| AMOUNT DUE IN USD | 1,217.44 |
| DUE DATE | 07/31/2019 |
| AMOUNT ENCLOSED IN USD | _____ |

WEST INFORMATION CHARGES
JUN 01, 2019 - JUN 30, 2019

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

ROSS & ASMAR
499 FASHION AVE RM 23S
NEW YORK NY  10018-6849

0840553204 000000000000000000000 20190701 ZCPG 000121744 0010 1003533012 5

ACCT# 1003533012
ROSS & ASMAR
499 FASHION AVE RM 23S
NEW YORK NY 10018-6849

**IMPORTANT NEWS**
* INDICATES A SYSTEM CREDIT
TIME SAVING TIP: You can now find answers 24/7 to commonly asked customer service questions online at legalsolutions.com/support.
Find information on account maintenance, billing, returns, refunds, OnePass, orders, subscriptions, contracts and more.

| INVOICE # 840553204  POSTING # 6129220780 | **BILLING SUMMARY**  JUN 01, 2019 - JUN 30, 2019 | | | **PAGE**  1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| **DETAIL OF CHARGES** | | | | |
| **IMMIGRATION PRACTITIONER PRIMARY ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 89.99 | 7.99 | 97.98 |
| TOTAL MONTHLY CHARGES | | 89.99 S | 7.99 S | 97.98 S |
| **TOTAL IMMIGRATION PRACTITIONER PRIMARY ON WESTLAW CHARGES** | | **89.99 SG** | **7.99 SG** | **97.98 SG** |
| **NY ALL CASES AND STATUTES STATE LITIGATOR ON WESTLAW** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE CHARGES | | 284.21 | 25.22 | 309.43 |
| TOTAL MONTHLY CHARGES | | 284.21 S | 25.22 S | 309.43 S |
| **TOTAL NY ALL CASES AND STATUTES STATE LITIGATOR ON WESTLAW CHARGES** | | **284.21 SG** | **25.22 SG** | **309.43 SG** |
| **ANCILLARY** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| DOCUMENT DISPLAYS | 3 | 744.00 | 66.03 | 810.03 |
| TOTAL WESTLAW USAGE CHARGES | | 744.00 S | 66.03 S | 810.03 S |
| **TOTAL ANCILLARY CHARGES** | | **744.00 SG** | **66.03 SG** | **810.03 SG** |
| **TOTAL DETAIL OF CHARGES** | | **1,118.20 SG** | **99.24 SG** | **1,217.44 SG** |
| **TOTAL WEST INFORMATION CHARGES** | | **1,118.20 G** | **99.24 G** | **1,217.44 G** |

1003533012 A

ROSS & ASMAR
499 FASHION AVE RM 23S
NEW YORK NY  10018-6849

**Go Green with e-billing for time savings and convenience: ebilling.thomsonreuters.com**

To pay electronically: myaccount.thomsonreuters.com

## ONLINE RESOURCES

myaccount.thomsonreuters.com
- Make payments online and review account balances
- Update addresses and review order status
- Manage online users' access

quickview.com
- Obtain free usage reporting for cost recovery

legalsolutions.thomsonreuters.com
- User guides
- Filing instructions
- Software, products, and services information

thomsonreuters.com
- Learn more about our company

## REMITTANCE AND TERMS

- Terms: Net 30, and products are shipped FOB Shipping Point.
- Return the remittance portion and make checks payable to: Thomson Reuters - West Publishing Corp
- Do not enclose cash or additional correspondence.
- Do not fold or staple your check or remittance portion.
- Use the enclosed envelope to send your payment.
- U.S. customers may mail payments (no returns) to:
  Thomson Reuters - West Payment Center
  P.O. Box 6292
  Carol Stream IL 60197-6292

## TAX INFORMATION

- Canadian Registration Numbers
  Canada GST 13641 8480 RT0001
  British Columbia PST PST-1000-4632
  Quebec QST 1021623993 TQ001
  Saskatchewan PST 1895663

- Federal Employer Identification Number: 41-1426973

- VAT Reg # EU826006554

## CONTACT INFORMATION

| | Telephone | E-Mail |
|---|---|---|
| Customer Service | 800-328-4880 | customerservice@thomsonreuters.com |
| Federal Government Accounts | 800-328-2781 | fedgovt@thomsonreuters.com |
| International Accounts | | west.international.account.service@thomsonreuters.com |
| FindLaw® | 800-328-4880 | findlawcustomerservice@thomsonreuters.com |
| Payment Inquiries | | west.arpaymentcenter@thomsonreuters.com |

## THOMSON REUTERS - WEST PUBLISHING CORPORATION PRINT RETURN POLICY

- If you are not completely satisfied with the products you purchase from West (Thomson Reuters), you may return them. In order to receive credit, returns must be received within 45 days of the shipdate. If a return is received after 45 days, we regret that we cannot issue a refund or send the merchandise back to you. Your ship date can be found on your invoice or online at myaccount.thomsonreuters.com

- Please note that products included in WestPack, LibraryManagement Arrangement (LMA), West Complete, Library Savings Plan and Assured Print Pricing programs are non-refundable. These programs provide our most favorable terms and titles within are not eligible to be refunded.

- To ensure accurate processing, simply return merchandise in original packaging insuring contents for its value. Please refer to the shipping instructions included in your package and always enclose a copy of the original delivery or billing document, including a brief explanation of the reason for the return. All expenses associated with returns are the responsibility of the customer. Customers will forfeit any applicable discounts when returning part of a promotional sale.

- The return policy does not apply to online services and other non-print items. Please refer to your Subscriber Agreement.

PLEASE PROVIDE EXPLANATION IF PAYMENT DOES NOT EQUAL AMOUNT DUE

Special Payment Instructions:

| Invoice Number | Posting Number | Amount of Payment |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Explanation /Directions:

Contact:             Phone:             Email:

**Go Green with e-billing for time savings and convenience: ebilling.thomsonreuters.com**
To pay electronically: myaccount.thomsonreuters.com
©2016 Thomson Reuters

Form 14016