# West

610 Opperman Drive
St. Paul, MN 55123
Tel (800) 328-4880

http://west.thomson.com



## Credit Card Payment Receipt

## Account Number: 1003533012

Payment Date:            07/15/2019
Payment Amount:          $1,217.44
Card Type:               AMEX
Card Number:             xxxxxxxxxxxx1001