



**The UPS Store**

400 JAY STREET
BROOKLYN
NY
11201
UNITED STATES OF AMERICA (THE)

Doing Business As                    The UPS Store