Case 1:15-cv-06049-JSR   Document 168-12   Filed 04/03/20   Page 1 of 2

Printed from Chase for Business

$57.00  
Total

Feb 14, 2020  
Post date

6172  
Check #



JPMorgan Chase Bank, N.A. Member FDIC            ©2020 JPMorgan Chase & Co.                           Equal Opportunity Lender

Case 1:15-cv-06049-JSR   Document 168-12   Filed 04/03/20   Page 2 of 2

| Accounts | Available balance | Present balance | Account type |
|---|---|---|---|
| R&A Main Account (...2530) | $28,884.36 | $28,884.36 | Checking |
| MECO Account (...3426) | $25,463.08 | $25,463.08 | Checking |
| RH IOLTA (...2473) | $20,925.80 | $20,925.80 | Checking |
| DR Cons Account (...3098) | $1.00 | $1.00 | Checking |
| CLIENT FUND CHKG (...5603) | $62,137.28 | $62,137.28 | Checking |
| IOLTA ACCOUNT (...6286) | $1,390.20 | $1,390.20 | Checking |
| RevReg (...7365) | $764.72 | $764.72 | Checking |
| SIR Checking (...8071) | $40,041.36 | $40,041.36 | Checking |
| SIR Savings (...7313) | $3,498.65 | $3,498.65 | Saving |

Credit cards

| Accounts | Current balance | Payment due | Next payment due |
|---|---|---|---|
| BUSINESS CARD (...2296) | $1,410.93 | $35.00 | Apr 7, 2020 |
| BUSINESS CARD (...8565) | $0.00 | $0.00 | Apr 24, 2020 |
| CREDIT CARD (...0479) | $0.00 | $0.00 | Apr 5, 2020 |
| CREDIT CARD (...0293) | $0.00 | $0.00 | Apr 7, 2020 |

Loans and lines of credit

| Accounts | Current balance | Amount due | Next payment due |
|---|---|---|---|
| BUS CREDIT LINE (...4606) | $31,998.36 | $481.99 | Apr 20, 2020 |
| MAZDA ACCOUNT (...3807) | $5,447.21 | $501.02 | Apr 24, 2020 |