



**UNDISPUTED LEGAL**

590 MADISON AVE FL 21
NEW YORK
NY
10022
UNITED STATES

📞 (212) 203-8001

🖥 http://www.undisputedlegal.com/