# CHASE *for* BUSINESS

Printed from Chase for Business

**$57.00**
Total

Feb 14, 2020
Post date

6172
Check #



| Accounts | Available balance | Present balance | Account type |
|---|---|---|---|
| | | | Checking |
| | | | Checking |
| | | | Checking |
| | | | Checking |
| | | | Checking |
| | | | Checking |
| | | | Checking |
| | | | Checking |
| | | | Saving |

Credit cards

| Accounts | Current balance | Payment due | Next payment due |
|---|---|---|---|
| | | | Apr 7, 2020 |
| | | | Apr 24, 2020 |
| | | | Apr 5, 2020 |
| | | | Apr 7, 2020 |

Loans and lines of credit

| Accounts | Current balance | Amount due | Next payment due |
|---|---|---|---|
| | | | Apr 20, 2020 |
| | | | Apr 24, 2020 |