**JPMorgan Chase & Co.**

## Check Search Results

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

# Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | 733742530 |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |

© 2016 JPMorgan Chase & Co.

| | | | |
|---|---|---|---|
| Post date: | 02/10/2020 | Account: | 733742530 |
| Amount: | $ 2500.00 | Check Number: | 6174 |

**ROSS & ASMAR LLC**
ATTORNEY AT LAW
499 FASHION AVE, FL 23  212-736-4202
NEW YORK, NY 10018-6503

Check #6174
DATE 2/10/2020

PAY TO THE ORDER OF: Mirian Hernandez — $ 2500

Two Thousand Five Hundred Dollars and no cents — DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR: Interpreter Rosario v. Mis Hijos Deli Corp, 15-CV-6049

⑈006174⑈ ⑆021000021⑆ 733742530⑈

© 2016 JPMorgan Chase & Co.