UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS ROSARIO,

    Plaintiff,

CIVIL ACTION NO. 15-CV-6049 (JSR)

-against-

MIS HIJOS DELI CORP., PALMA GROCERY CORP., 251 E. 123RD ST. REALTY, LLC, JOSE PALMA, LEONIDA COLLADO, and JUNIOR PALMA,

    Defendants.

**PROPOSED ORDER**

Plaintiff Manuel de Jesus Rosario having filed a motion seeking an award for attorneys' fees and this Court having granted Plaintiff's motion by Memorandum Order entered May 22, 2020 awarding Plaintiff the sum of $154,536.76 for attorneys' fees and costs for which defendants are jointly and severally liable, which award is in addition to the judgment, following jury verdict, entered on March 2, 2020;

NOW, on motion of Ross & Asmar LLC, attorneys for Plaintiff, it is:

**ORDERED** that the Clerk is directed to enter Judgment on Attorneys' Fees, consistent with the Court's May 22, 2020 Memorandum Order, in the amount of $154,536.76 for attorneys' fees and costs for which defendants are jointly and severally liable.

Dated: New York, New York
       August 24, 2020

ENTER:

_/s/ Jed S. Rakoff_
United States District Judge