UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANUEL DE JESUS ROSARIO,
                                Plaintiff,

-against-

MIS HIJOS DELI CORP., PALMA GROCERY
CORP., 251 E. 123RD ST. REALTY, LLC,
JOSE PALMA, LEONIDA COLLADO, and
JUNIOR PALMA,
                                Defendants.
------------------------------------------------------------X

15 **CIVIL** 6049 (JSR)

**JUDGMENT**
**For Attorney's Fees and Costs**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2020, and the Court's Memorandum Order dated May 22, 2020, Plaintiff's motion for attorneys' fees and costs is granted in the amount of $154,536.76, for which defendants are jointly and severally liable.

**Dated:**  New York, New York
         August 25, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                  **BY:**

                                              **Deputy Clerk**