```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MANUEL DE JESUS ROSARIO,                 :
                                         :
            Plaintiff,                   :
                                         :
       -v-                               :    15-cv-6049 (JSR)
                                         :
MIS HIJOS DELI CORP., PALMA GROCERY      :    ORDER
CORP., 251 E. 123RD ST. REALTY, LLC,     :
JOSE PALMA, LEONIDA COLLADO, and         :
JUNIOR PALMA,                            :
                                         :
            Defendants.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is plaintiff Manuel De Jesus Rosario's motion for contempt. Dkt. No. 182. The Court will not require defendants to respond to plaintiff's motion for contempt until after the Court has decided the pending motion of Martin Restituyo, Esq., and Argilio Rodriguez, Esq., to withdraw as counsel of record for defendants. Dkt. No. 178. Upon deciding the motion to withdraw, the Court will set a briefing schedule on plaintiff's motion for contempt.

SO ORDERED.

Dated:   New York, NY
         September 25, 2020

_____
JED S. RAKOFF, U.S.D.J.