UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL DE JESUS ROSARIO,<br><br>   Plaintiff,<br><br> -against-<br><br>MIS HIJOS DELI CORP., PALMA GROCERY CORP., 251 E. 123RD ST. REALTY, LLC, JOSE PALMA, LEONIDA COLLADO, and JUNIOR PALMA,<br><br>   Defendants. | 15-cv-6049 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

 On September 30, 2020, the Court granted the motion of Martin Restituyo, Esq., and Argilio Rodriguez, Esq., to withdraw as counsel of record for defendants but "impose[d] as a condition precedent to such withdrawal that [they] provide the Court and plaintiff with email and physical address information at which individual defendants have agreed to accept service of process." Memorandum Order dated September 30, 2020, Dkt. No. 190, at 8. The Court, having now received such information in a letter to be docketed with this Order, grants the motion to withdraw.

 SO ORDERED.

Dated: New York, NY
   October 6, 2020

                JED S. RAKOFF, U.S.D.J.

1

# RODRIGUEZ LAW, P.C.

EMPIRE STATE BUILDING | 350 FIFTH AVENUE | SUITE 5909 | NEW YORK, NEW YORK 10118

TELEPHONE (212) 960-3305
INFO@LAWRODRIGUEZ.COM | WWW.LAWRODRIGUEZ.COM

ARGILIO RODRIGUEZ, ESQ.
ARGILIO@LAWRODRIGUEZ.COM

October 5, 2020

Hon. Jed Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14B
New York, NY 10007-1312

Re: *Rosario v. Mis Hijos Deli Corp., et. al.*
CA No. 15-cv-6049 (JSR) (DCF)

Your Honor,

We are outgoing counsel for Defendants in the above referenced matter. We write in accordance with Your Honor's decision dated October 1st, 2020, granting the motion on behalf of myself and co-counsel Martin Restituyo, Esq. to withdraw as counsel for defendants [Dkt. No. 190]. In response to Your Honor's request to provide a mailing address and email for which defendants have agreed to accept service of process for future documents in this action, please see below:

Mis Hijos Deli Corp., 2401 2nd Ave, New York, NY 10035, junior_palma@hotmail.com

Palma Grocery Corp., 2401 2nd Ave, New York, NY 10035, junior_palma@hotmail.com

251 E. 123rd Realty, LLC, 251 E. 123rd Street, Apt. 4D, New York, NY 10035, junior_palma@hotmail.com

Jose Palma, 251 E. 123rd Street, Apt. 4D, New York, NY 10035, junior_palma@hotmail.com

Leonida Collado, 251 E. 123rd Street, Apt. 1A, New York, NY 10035, junior_palma@hotmail.com

Junior Palma, 251 E. 123rd Street, Apt. 4D, New York, NY 10035, junior_palma@hotmail.com

Thank you for your attention to this matter.

Very truly yours,
*/s/ Argilio Rodriguez*
Argilio Rodriguez, Esq.