UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL DE JESUS ROSARIO,<br><br>      Plaintiff,<br><br>  -against-<br><br>MIS HIJOS DELI CORP., PALMA GROCERY CORP., 251 E. 123RD ST. REALTY, LLC, JOSE PALMA, LEONIDA COLLADO, and JUNIOR PALMA,<br><br>      Defendants. | 15-cv-6049 (JSR) |
| MANUEL DE JESUS ROSARIO,<br><br>      Plaintiff,<br><br>  -against-<br><br>251 E. 123RD ST. REALTY, LLC, JOSE PALMA, JOSE PALMA JR., MARIA M. VALLEJOS Individually and as Trustee of THE JOSE PALMA IRREVOCABLE TRUST, and THE JOSE PALMA IRREVOCABLE TRUST,<br><br>      Defendants. | 20-cv-7387 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    This will confirm in writing the orders issued by the Court during a telephonic conference held earlier today at 11:00 a.m.

    First, plaintiff's reply papers in the pending motion for contempt in the 15-cv-6049 action must be filed by Friday, November 27, 2020.

1

Second, all discovery in the 20-cv-7387 action must be completed by January 29, 2021. Any motion for summary judgment from either side must be filed by February 9, 2021. Answering papers must be filed by February 19, 2021. Any reply papers must be filed by March 1, 2021. A final pre-trial conference, as well as oral argument on any summary judgment motions, shall be held on March 11, 2021 at 4:00 p.m.

SO ORDERED.

Dated:   New York, NY

        November 23, 2020

_____
United States District Judge

2